UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT E. JONES, | CV F   04 6257 OWW SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION (Doc. 13.) |
| | ORDER DISMISSING CASE |
| ADAMS and WOODFORD, | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION |

Kurt E. Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on September 14, 2004.  An Amended Complaint was filed on February 24, 2005.  Plaintiff names as Defendants Warden Adams and the Director of Corrections, Jeanne Woodford in their official capacities.  Plaintiff is seeking monetary damages.

On May 23, 2006, the Court issued an Order dismissing the Amended Complaint with

1

1  leave to amend as the Amended Complaint failed to state a cognizable claim for relief.  Plaintiff
2  was afforded time to file a Second Amended Complaint or, in the alternative, notify the Court
3  that he did not wish to proceed with the action.
4       On June 23, 2006, Plaintiff submitted a letter to the Court indicating that he no longer
5  wished to litigate this action and moved for dismissal.  Accordingly, in light of Plaintiff's
6  notification and request, the Court HEREBY ORDERS:
7      1.    Plaintiff's request for dismissal is GRANTED;
8      2.    The case is DISMISSED;
9      3.    The Clerk of Court is DIRECTED to terminate this action in accordance with this
10         Order.
11 IT IS SO ORDERED.
12 **Dated:**   **July 15, 2006**             /s/ Oliver W. Wanger
   emm0d6                                UNITED STATES DISTRICT JUDGE